UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MELISSA LOPEZ-BLASSER,**

    **Plaintiff,**

v.                                             Case No. 8:20-cv-02483-KKM-AAS

**1800ACCOUNTANT, LLC,**

    **Defendant.**
_____/

## **ORDER**

The defendant requests the court enter an order requiring the plaintiff to produce certain audio recordings. (Doc. 25).

Rule 3.01(a) provides: "A motion must include . . . a concise statement of the precise relief requested, a statement of the basis for the request, and a legal memorandum supporting the request." Local Rule 3.01(a), M.D. Fla. The defendant's motion does not include a legal memorandum in support of its request.

Accordingly, the defendant's motion to compel audio recordings (Doc. 25) is **DENIED without prejudice**. If the defendant chooses, it may file a renewed motion that contains the requisite information by **May 25, 2021**. Any response must be filed no later than seven days after the date the motion is filed.

1

**ORDERED** in Tampa, Florida, on May 19, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge